# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TERRY KIRBY,

      Plaintiff,                            Civ No. 19-1090KRS/GJF

v.

UNITED PARCEL SERVICE, INC., d/b/a
UNITED PARCEL SERVICE, CO.

      Defendant.

## ORDER TO DISMISS WITH PREJUDICE

      This Court having reviewed Plaintiff's Stipulated Motion to Dismiss with Prejudice finds

that the motion is well taken and should be **GRANTED**.

      It is, therefore, **ORDERED** that this matter is dismissed with prejudice.

      Dated this 6th day of February, 2020.


                        _____
                      HONORABLE JUDITH C. HERRERA


*Submitted:*

By: */s/ Clayton S. Hightower*
Clayton S. Hightower (csh@sbcw.com)
Clayton Hightower
701 W. Country Club Road
Roswell NM 88202-0550
*Attorney for Plaintiff Terry Kirby*


Approved:
By: */s/ David T. Barton (w/ permission)*
David T. Barton
*Attorney for Defendant United Parcel Service, Inc.*